IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

K.K.,

    Plaintiff,                                              Case No.: 3:21-cv-87

vs.                                                      District Judge Michael J. Newman

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER: (1) GRANTING JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 19); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $4,250.00**

---

This Social Security disability benefits appeal is before the Court on Plaintiff's counsel's unopposed motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $4,250.00.  Doc. No. 19.  No opposition has been filed and the time for doing so has expired.  There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** Plaintiff's counsel's unopposed motion (doc. no. 19); and (2) **AWARDS** EAJA fees in the amount of $4,250.00.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

March 17, 2023                                                      s/Michael J. Newman
                                                                              Hon. Michael J. Newman
                                                                              United States District Judge